UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

    Plaintiff,

vs.

Case No.: 1:18-cv-08072-RJS

IHG MANAGEMENT (MARYLAND) LLC,
a Maryland Limited Liability Company,

    Defendant.

## NOTICE OF SETTLEMENT

**COMES NOW** the Plaintiff, Helen Swartz, by and through undersigned counsel, and herein informs the Court that the parties have reached a settlement in principle, subject to further documentation, and anticipate that the settlement documents will be executed within the next thirty (30) days.

Dated: December 13, 2018

Respectfully submitted,

_____
Lawrence A. Fuller, Esq. (LF 5450)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of December, 2018, the foregoing was sent via U.S. Mail and Electronic Mail to counsel for Defendant: Samuel Sverdlov, Esq., ssverdlov@seyfarth.com, Seyfarth Shaw LLP, 620 Eighth Avenue, New York, NY 10018-1405, and Minh Vu, Esq., mvu@seyfarth.com, Seyfarth Shaw LLP, 975 F Street, N.W., Washington, D.C. 20004.

_____
Lawrence A. Fuller, Esq. (LF 5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
lfuller@fullerfuller.com